UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6003**
26 USC 7203

**CR-DIMITROULEAS**

MAGISTRATE JUDGE
SNOW

JAN 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MITCHELL STEIN,

    Defendant.
_____/

**INFORMATION**

The United States Attorney charges that:

<u>COUNT I</u>

During the calendar year 1995, the defendant, Mitchell Stein, who was a resident of Broward County, Florida, had and received gross income of approximately $66,696.00; that by reason of such gross income he was required by law, following the close of the calendar year 1995, and on or before April 15, 1996, to make an income tax return to the Office of the District Director of the Internal Revenue Service at Plantation, Florida, in the Southern District of Florida, or to the Director, Internal Revenue Service Center, at Atlanta, Georgia, or other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said



District Director of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

In violation of Title 26, United States Code, Section 7203.

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO. _____

v.

MITCHELL STEIN               **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)     Yes ___   No X___
Number of New Defendants     ___
Total number of counts     ___

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days       _0_        Petty      ___
   II   6 to 10 days      ___        Minor      ___
   III  11 to 20 days     ___        Misdem.    _X_
   IV   21 to 60 days     ___        Felony     ___
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?     (Yes or No)  _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? _X_ Yes ___ No

   _____
   LYNN D. ROSENTHAL
   ASSISTANT UNITED STATES ATTORNEY
   Court Bar No.343226

*Penalty Sheet(s) attached                                          REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   MITCHELL STEIN                        No.: _____

Count # I:
WILLFUL FAILURE TO FILE TAX RETURNS; in violation of 26:7203

Title 26 United States Code, Section 7203

*Max Penalty: UP TO ONE YEAR IMPRISONMENT AND $100,000 FINE

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

BOND RECOMMENDATION SHEET

__MITCHELL STEIN__
Defendant

$100,000.00 personal surety bond is recommended.

_____
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA 33394
COURT BAR NO. 343226
TELEPHONE: (954) 356-7255
FACSIMILE: (954) 356-7336
E-MAIL: LYNN D. ROSENTHAL@justice.usdoj.gov

Address of Defendant:

Agent: IRS/CID, S/A HUDGINS