UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

    V.                              CASE NO. 00-6003-CR-DIMITROULEAS

MITCHELL STEIN

| TYPE OF CASE: | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**FEBRUARY 2, 2000 AT 9:00 A.M.**

TYPE OF
HEARING:       CHANGE OF PLEA

DATE: January 26, 2000

CLARENCE MADDOX,
CLERK OF COURT

_____
BY DEPUTY CLERK

    cc: Lynn Rosenthal, AUSA
        Gary Kollin, Esq.

