COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Mitchell Stein (surrender)          CASE NO: 00-6003-CR-Dimitrouleas
AUSA: Lynn Rosenthal / Ed Ryan            ATTNY: Gary Kollin present
AGENT: _____                             VIOL: _____

PROCEEDING: Initial Appearance on Information          BOND REC: _____
BOND HEARING HELD - yes/no                COUNSEL APPOINTED: PSB
___ BOND SET @ $50,000 PSB

CO-SIGNATURES: _____
SPECIAL CONDITIONS:

1) ✓ Do not violate any law.
2) ✓ Appear in court as directed. *surr passport Monday*
3) Surrender and/or do not obtain passports / travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: ~~S.D.~~ State of Florida
12) ___ Halfway House
    ___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

No waiver needed because it is a misdemeanor

2-2-00 - Change of plea set before Dimitrouleas

Reading of indictment waived
Not Guilty plea entered
___ trial demanded
___ ___ ___overy Order requested

FILED by ___ D.C.
JAN 28 00
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE: ___   DATE: ___   TIME: ___   JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: ___

DATE: 1-28-00     TIME: 11:00am     TAPE # 00-011     PG # 14

1031-1286