# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6003-CR-Dimitrouleas

UNITED STATES OF AMERICA,

Plaintiff.

v.

Mitchell Stein

Defendant.

RECEIVED & FILED IN OPEN COURT

1-28-00

HC

ORDER ON INITIAL APPEARANCE

Language __English__

Tape No. __00-011__

AUSA __Lynn Rosenthal__

Agent _____

The above-named defendant having been arrested on **surrendered** __1-28-00_____, having

appeared before the court for initial appearance on __1-28-00_____,

and proceedings having been held in accordance with F.R.C.P. 5 or 40(a). it is thereupon
ORDERED as follows:

1. __Gary Kollin_____ appeared as permanent/temporary counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on

   _____ *held* _____, 19____.

4. Arraignment/Preliminary/Removal/Identity hearing is set for __*held*_____, 19____.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   _____

   A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for _____, 19____.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond,
   pursuant to 18: U.S.C. 3142:

   _____ 100,000 PSB

   $ 50,000

   This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in
   addition, the defendant must comply with the special conditions checked below:

   ____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

   ____ b. Report to Pretrial Services as follows: ____ times a week by phone ____ times a week in

   person; other: _____

   ____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
   prohibited by law.

   ____ d. Maintain or actively seek full-time gainful employment.

   ____ e. Maintain or begin an educational program.

   ____ f. Avoid all contact with victims of or witnesses to the crimes charged.

   ____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

   ____ h. Comply with the following curfew: _____

—1—

SD/F M-1
Rev.12/95

_____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :   At Arrest          _____

                  On Warrant        _____

                  After Hearing      _____

If bond is changed from that set in another District. the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked. an evidentiary hearing pursuant to *United States v. Nebbia*. 357. F 2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court. the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at  Ft. Lauderdale this  28  day of  January  .20 00  .

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services

SD/F M-1
Rev 01/00