

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6003-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Mitchell Stein

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 1-28-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and c̶o̶u̶r̶t̶ ̶a̶p̶p̶o̶inted/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:    Address: _____ SEE BOND _____

Telephone: _____

DEFENSE COUNSEL:    Name: _____ Gary Kollin _____

Address: _____

Telephone: _____

BOND SET/CO̶N̶T̶I̶N̶UED:  $ __50,000 PSB__

Bond hearing held: yes __X__ no ____ Bond hearing set for _____

Dated this __28__ day of __January__, 20__00__.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. __00-011__

cc: Clerk for Judge
    U. S. Attorney

