UNITED STATES DISTRICT COURT
Southern District of Florida

FEB 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # 55172-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6003-cr-Dimi
                ) REPORT COMMENCING CRIMINAL
-vs-                )        ACTION

Stein, Mitchell
        Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: Clerk's Office   MIAMI | FT. LAUDERDALE | W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1-28-00  11:00 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Income Tax

(4) U.S. Citizen [ ] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 1-16-47

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ 50,000 P/S
Who set Bond: Seltzer

(7) Remarks: self-surr.

(8) Date: 1-28-00    (9) Arresting Officer: _____

(10) Agency: Self    (11) Phone: _____

(12) Comments: _____

