

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | CASE NUMBER: 00-6003-CR-WPD |
| MITCHELL STEIN | |

I, MITCHELL STEIN, the above named defendant, who is accused of WILLFUL FAILURE TO FILE TAX RETURNS, in violation of Title 26, United States Code, Section 7203, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 2/2/00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MITCHELL STEIN
Defendant.

_____
GARY KOLLIN
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE
DISTRICT

