# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _JO_ D.C.
FEB 0 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6003-CR-WPD    DATE: February 2, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: ___    INTERPRETER: ___

UNITED STATES OF AMERICA    VS.    Mitchell Stein

U.S. ATTORNEY: Lynn Rosenthal    DEFT. COUNSEL: Gary Kollin

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by court. Deft to plead guilty to misdemeanor. Court accepts guilty plea. Waiver of Indictment filed.

JUDGMENT: ___

CASE CONTINUED TO: April 14    TIME: 10:30    FOR: Sentencing
MISC: Written plea agreement filed.

