UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no. 00-6003-Cr-Dimitrouleas
MAGISTRATE SELTZER

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**MITCHELL STEIN,**

    Defendant.
_____/

MOTION TO RESCIND URINE TESTING AS CONDITION OF PRE TRIAL RELEASE

    The Defendant, through undersigned counsel, moves this Honorable court to rescind its requirement of urine testing of the defendant and states:

    1)   Prior to the initial appearance, undesigned counsel and Assistant United States Attorney Lynn Rosenthal agreed that drug testing of the defendant in this cause was not requested. The Government has no objection to no testing of the defendant.

    2)   Unfortunately, the matter was not raised at the first appearance.

    3)   Since that time the defendant has been tested three times, twice by PTS and once by probation at the time of the PSI interview. All tests are negative.

    4)   The defendant is charged with one misdemeanor count of failure to file income taxes that occurred several years ago. There is nothing in the case that warrants continued testing.



WHEREFORE, the defendant moves this Honorable Court to rescind the urine testing of the defendant.

**LAW OFFICES OF GARY KOLLIN. P.A.**
8211 W. Broward Blvd. Suite 420
Fort Lauderdale, Florida 33324
Telephone: (954)723-9999
Telefax: (954) 475-2279

By: _____
**GARY KOLLIN**
Fla. Bar No. 282431

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this _22d_ day of February, 2000, to the Assistant United States Attorney Lynn Rosenthal, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301.

_____
GARY KOLLIN, ESQ.