UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no. 00-6003-Cr-Dimitrouleas
MAGISTRATE SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MITCHELL STEIN,

    Defendant.
_____/

FILED by _____ D.C.
FEB 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER RESCINDING URINE TESTING AS CONDITION OF PRE-TRIAL RELEASE

This cause came on to be heard on the Motion of the Defendant to Rescind Urine Testing AND the Court having been advised in the premises and without objection by the Government,

IT is hereby ordered adjudged that the Defendant does not have to be drug screened as a condition of pre-trial release.

Done and ordered at Ft. Lauderdale, in the Southern District of Florida. This 22 day of February, 2000.

~~BARRY SELTZER~~
United States ~~Magistrate~~ DISTRICT Judge

cc:  GARY KOLLIN, ESQ.
     AUSA Lynn Rosenthal
     Pre-Trial Services

