## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



CASE NUMBER: 00-6003-CR-WPD   DATE: 4/14/00

COURTROOM CLERK: Deloris McIntosh   COURT REPORTER: Bob Ryckoff

PROBATION: Dedra Pratt   INTERPRETER: ___

UNITED STATES OF AMERICA   VS.   Mitchell Stein

U.S. ATTORNEY: Lynn Rosenthal / Theresa Van Vliet   DEFT. COUNSEL: Gary Kollin

REASON FOR HEARING: Sentencing

RESULT OF HEARING: 3 years probation, First 6 months of probation deft is on Home Detention w/o monitoring; Motion for downward departure is Granted; $25 special assessment

JUDGMENT: ___

CASE CONTINUED TO: ___   TIME: ___   FOR: ___

MISC: ___

