AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| MITCHELL STEIN | Case Number: 0:00CR06003-001 |
| | Gary Kollin / Lynn Rosenthal, Ausa |
| | Defendant's Attorney |

*FILED by APR 17 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  **1 of INFORMATION**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 26 U.S.C. § 7203 | FAILURE TO FILE INCOME TAX RETURN | 01/01/1995 | 1 |

The defendant is sentenced as provided in pages 2 through **5** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **all other** _____ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 04/14/2000 |
| Defendant's Date of Birth: 01/16/1947 | Date of Imposition of Judgment |
| Defendant's USM No.: 55172-004 | |
| Defendant's Residence Address: | *[signature]* |
| 9301 N.W. 10th Street | Signature of Judicial Officer |
| Plantation  FL  33322 | WILLIAM P. DIMITROULEAS |
| Defendant's Mailing Address: | UNITED STATES DISTRICT JUDGE |
| 9301 N.W. 10th Street | Name & Title of Judicial Officer |
| Plantation  FL  33322 | April 17, 2000 |
| | Date |

*Certified to be a true and correct copy of the document on file. Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida. By [signature] Deputy Clerk. Date 4/17/00*

No further action required by
U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Fred D. Pompe SDUSM