PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 62594

# United States District Court

for

**SOUTHERN DISTRICT OF FLORIDA**

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mitchell Stein                Case Number: 00-6003-CR-DIMITROULEAS

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, U.S. District Judge

Date of Original Sentence: April 14, 2000

Original Offense:   Failure to File Income Tax Returns, in violation of Title 26, U.S. Code, Section 7203, a Class A misdemeanor.

Original Sentence:  Three (3) years probation. Special Conditions include the following: Home detention program for six (6) months; remain current on all tax obligations and work with the Internal Revenue Service to establish all outstanding federal taxes; and complete financial disclosure to the U.S. Probation Officer.

Type of Supervision: Probation                  Date Supervision Commenced: April 14, 2000

Assistant U.S. Attorney:                        Defense Attorney:
Lynn Rosenthal                                  Gary Kollin

---

## PETITIONING THE COURT

[ ]  To issue a warrant  
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Special Condition**, by failing to remain current on all tax obligations and work with the Internal Revenue Service to establish all outstanding federal taxes due under the supervision of the U.S. Probation Officer. Between April 14, 2000 and November 9, 2001, the probationer was instructed several times to remain current on all tax obligations and work with the Internal Revenue Service to establish all outstanding federal taxes due under the supervision of the U.S. Probation Office and failed to comply. |



PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 62594

2.  **Violation of Standard Condition,** by failing to answer truthfully all inquiries by the probation officer. On or about May 1, 2001, the probationer was specifically questioned whether he mailed IRS Form 1040-ES and a $200 check to the Internal Revenue Service, and stated "yes," when in fact, evidence and statements indicate this to be false.

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be revoked.

[ ]  extended for _ years, for a total term of _ years.

[ ]  The conditions of supervision should be modified as follows:

Respectfully submitted,

by

Mark Ciolek  
U.S. Probation Officer  
Phone: (954) 769-5585  
Date: November 9, 2001

THE COURT ORDERS:

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons

Signature of Judicial Officer

November 14, 2001  
Date