UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: **55172-004**

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR **00-6003-Dimitrouleas**
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION

FILED by ___ D.C.
INTAKE
NOV 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

**Stein, Mitchell**
        Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    (**FT. LAUDERDALE**)    W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **11-26-01**    **700** (am)/pm

(2) Language Spoken: **English**

(3) Offense(s) Charged: **V.O.P.**

(4) U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: **1-16-47**

(6) Type of Charging Document: (check one)
[ ] Indictment   [ ] Complaint   To be filed/Already filed
Case# **00-6003**

[ ] Bench Warrant for Failure to Appear
[X] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: **S/D FL.**

COPY OF WARRANT LEFT WITH BOOKING OFFICER   [X] YES [ ] NO

Amount of Bond: $ —
Who set Bond: —

(7) Remarks: •

(8) Date: **11-26-01**   (9) Arresting Officer: **Michael Glatewa**

(10) Agency: **U.S.M.S.**   (11) Phone: **(954) 356-7256**

(12) Comments: