PROB 19

# UNITED STATES DISTRICT COURT

for

**SOUTHERN DISTRICT OF FLORIDA**

U.S.A. vs Mitchell Stein

Docket No. 00-6003-CR-DIMITROULEAS
SD/FL PACTS No. 62594

TO:[1] Any United States Marshal or authorized representatives

| WARRANT FOR ARREST OF PROBATIONER | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. | | | |
| NAME OF PROBATIONER<br>Mitchell Stein | SEX<br>Male | RACE<br>White | AGE<br>54 |
| ADDRESS (STREET,CITY,STATE)<br>9301 Northwest 10th Street, Plantation, Florida 33322 | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>The Honorable William P. Dimitrouleas, U.S. District Judge, Ft. Lauderdale, Florida | | DATE IMPOSED<br>April 14, 2000 | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>United States District Court, Southern District of Florida | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>NOV 21 2001 | |

| RETURN | | |
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED<br>11/21/2001 | DATE EXECUTED<br>11/26/2001 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>US Marshals Service   299 E. Broward Blvd, Room 312   Ft Lauderdale, FL   33301 | | |
| NAME<br>Edward Stubbs, AUSM | (BY)<br>John Walker, ASDUSM | DATE<br>11/26/2001 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."