## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: MITCHELL STEIN (J)# CASE NO: 00-6003-CR-Dimitrouleas
AUSA: Lynn Rosenthal/Stein ATTY:
AGENT: USPO (Mirana Bibilovics) present VIOL: Probation Violation
PROCEEDING: Initial on Violation RECOMMENDED BOND: PSB
BOND HEARING HELD: (yes)/no COUNSEL APPOINTED:
BOND SET @: $25,000 PSB To be cosigned by:

FILED by ___ D.C.
INTAKE
NOV __ 2001

X - advised of Charges

- [x] Do not violate any law.
- [x] Appear in court as directed.
- [ ] Surrender and / or do not obtain passports / travel documents.
- [x] Rpt to ~~PTS~~ USPO as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- [x] Random urine testing by ~~Pretrial Services~~ USPO. ✓ Treatment as deemed necessary.
- [x] Maintain or seek full-time employment.
- [x] No contact with victims / witnesses.
- [ ] No firearms.
- [x] no illegal drugs or excessive alcohol
- [ ] Curfew: ___
- [x] Travel extended to: SD/FL
- [x] Reside at current address
- [ ] Halfway House ___

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 12-3-01 | 11:00 AM | Snow | Final Revocation before WPD |
| PTD/BOND HEARING: | | | | USPO to |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | Contact |
| STATUS CONFERENCE: | | | | chambers |

DATE: 11-26-01  TIME: 11:00am  TAPE # 01- 088  Begin 3660 End 3790

01-089  1-270