## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: MITCHELL STEIN (B)             CASE NO: 00-6003-CR-DIMITROULEAS
AUSA: LYNN ROSENTHAL / Lanigan        ATTY: Berube
AGENT:                                VIOL:
PROCEEDING: INQUIRY RE COUNSEL        RECOMMENDED BOND:
BOND HEARING HELD - yes / no          COUNSEL APPOINTED: FPD
BOND SET @:                           To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

Sworn for appt'mt of Counsel

final violation hrg may be set before Judge D.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 12/6/01   TIME: 11:00   FTL/LSS TAPE # 01 - 053   Begin: 2943   End: 3088