UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6003CR-DIMITROULEAS

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

MITCHELL STEIN,

      Defendant.

_____/



FILED by _____ D.C.

DEC 1 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

      Respectfully submitted,

      KATHLEEN M. WILLIAMS
      FEDERAL PUBLIC DEFENDER

By: _____

      Robert N. Berube
      Supervisory Assistant
      Federal Public Defender
      Florida Bar No. 304247
      Attorney for Defendant
      One E Broward Boulevard, Suite 1100
      Fort Lauderdale, Florida 33301
      (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this _12_ day of December, 2001, to United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube

