UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.                                  CASE NO. 00-6003-CR-DIMITROULEAS

MITCHELL STEIN

---

TYPE OF CASE:                CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.                COURTROOM 203E
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                    **December 19, 2001 AT 1:00 P.M.**

---

TYPE OF HEARING:    Status Conference on Probation Violation

CLARENCE MADDOX,
CLERK OF COURT

*/s/*
BY DEPUTY CLERK

DATE:  December 12, 2001

cc:   Lynn Rosenthal, AUSA
      Robert Berube, AFPD
      Mark Ciolek, USPO

