# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _S_ D.C.
DEC 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6003-CR-WPD   DATE: 12/19/01

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: N/A

UNITED STATES OF AMERICA   VS.   Mitchell Stein

U.S. ATTORNEY: Lynn Rosenthal   DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Status on Prob. Violation

RESULT OF HEARING: Deft is denying the charges and request a Final Violation Hrg.

JUDGMENT: ~~Not to appear~~

CASE CONTINUED TO: Jan. 11, 2002   TIME: 10:30   FOR: Final Violation Hrg

MISC: _____

