## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: _CO-6003-02_    DATE: _12/19/01_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _Mark Ciolek_    INTERPRETER: _N/A_

UNITED STATES OF AMERICA    VS. _Mitchell Stein_

U.S. ATTORNEY: _Lynn Rosenthal_    DEFT. COUNSEL: _Robert Berube_  AFGD

REASON FOR HEARING: _Status conf._

RESULT OF HEARING: _deft. wv. rhg._
_final pretrial hrg set for 1/11/02 @10:30_

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____