UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.                          CASE NO. 00-6003-CR-DIMITROULEAS

MITCHELL STEIN

TYPE OF CASE:            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.              COURTROOM 203E
FT. LAUDERDALE, FL 33301          DATE & TIME:
                                  **January 11, 2002 AT 10:30 A.M.**

TYPE OF           Probation Violation
HEARING:

                                  CLARENCE MADDOX,
                                  CLERK OF COURT

DATE: December 21, 2001                    BY DEPUTY CLERK

cc:   Lynn Rosenthal, AUSA
      Robert Berube, AFPD
      Mark Ciolek, USPO