UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6003-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MITCHELL STEIN,

    Defendant.

_____/



## UNOPPOSED MOTION TO CONTINUE FINAL VIOLATION OF PROBATION HEARING

The Defendant, Mitchell Stein, through counsel, files this Motion to Continue Final Violation of Probation Hearing, and states as follows:

This matter is scheduled for Final Violation of Probation Hearing on Friday, January 11, 2002 at 10:30 a.m.

Due to an unexpected serious family illness, undersigned counsel has traveled to New Hampshire.

Assistant United States Attorney Lynn Rosenthal has been contacted and she has no objection to a continuance of this matter.



WHEREFORE, the Defendant, requests that the hearing be continued for 30 days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robert N. Berube
   Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 7 day of January, 2002, to Lynn Rosenthal, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube