UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6003-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MITCHELL STEIN,

   Defendant.
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's Motion to Continue Final Violation of Probation Hearing, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Final Violation of Probation Hearing in this matter are hereby reset as follows: _February 7, 2002 at 11:15 AM_

DONE AND ORDERED on this _7_ day of January, 2002, at Fort Lauderdale, Florida.

                                       WILLIAM P. DIMITROULEAS
                                       UNITED STATES DISTRICT JUDGE

cc:   Robert N. Berube, AFPD
      Lynn Rosenthal, AUSA
      US Probation