UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6003-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MITCHELL STEIN,

        Defendant.
_____/



FILED by _____ D.C.

JAN - 9 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### MOTION TO RESCHEDULE FINAL VIOLATION OF PROBATION HEARING

    The United States of America, through the undersigned counsel moves this court to reschedule the final hearing on violation of probation currently set for February 7, 2002 at 11:15 am and in support of the motion states the following:

    1. The final hearing on violation of probation in this matter was originally set for January 11, 2002.

    2. The Court granted the defendant's motion to continue the final hearing of violation on probation and rescheduled the hearing for February 7, 2002 at 11:15 am.

    3. The Federal Probation Officer, Mark Ciolek, has a vacation scheduled and will be out of the district between February 6-14.



Wherefore the undersigned requests that the time of the final hearing of violation of probation in this matter be reset so as to avoid any conflict with the probation officer's vacation.

Respectfully submitted,
GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Lynn D. Rosenthal
Assistant United States Attorney
Florida Bar No. 343226
500 East Broward Blvd.
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of January, 2002 to Robert Berube, One East Broward Blvd., Suite 1100 Fort Lauderdale, Florida 33301 and Mark Ciolek, USPO, 299 East Broward Blvd., Fort Lauderdale, Florida 33301

By: _____
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

2