UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,              CASE NO. 00-6003-CR-DIMITROULEAS

  Plaintiff,

vs.

MITCHELL STEIN,

  Defendant.
_____/

### ORDER GRANTING MOTION FOR CONTINUANCE OF
### VIOLATION OF PROBATION HEARING

THIS CAUSE having come before this Court on the Government's January 9, 2002 Motion To Reschedule Final Violation Hearing, and the Court noting that no proposed order, as required by Local Rule 7.1A12 was provided, nevertheless it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby Granted. The hearing is reset to February 15, 2002 at 1:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 10 day of January, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Berube, AFPD

Lynn Rosenthal, AUSA

Mark Ciolek, USPO

