# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
FEB 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6003-cr-WPD   DATE: February 15, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Mark Cwolek   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Mitchell Stein

U.S. ATTORNEY: Lynn Rosenthal   DEFT. COUNSEL: Robert Beruge

REASON FOR HEARING: Sentencing / Final Revocation

RESULT OF HEARING: Deft contests allegations. Gov't presents case. Gov't rests. Deft's case. Deft rests. Court finds that deft has violated his probation on both counts. Deft's Probation is Revoked. Deft sentenced to 9 months BOP. Deft remanded to custody.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft informed of Right to Appeal. Exhibits ret'd to Gov't.