# United States District Court

DISTRICT OF _Southern_ _Florida_

USA v. Mitchell Stein

**EXHIBIT AND WITNESS LIST**

FILED by _HB_ D.C.
FEB 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6003-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Lynn Rosenthal, AUSA | Bob Berube, AFPD |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 2/15/02 | Bob Ryckoff | Dreu Carleton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/15/02 | | | |
| | | | | | W-1 Mark Cielek, USPI |
| 1 | | | ✓ | ✓ | Copy of proof of Compliance (IRS forms, check, envelope) |
| 2 | | | ✓ | ✓ | dft's 1st version of occurance |
| 3 | | | ✓ | ✓ | " 2nd " " |
| | | | | | W-2 Kathy Stein |
| | | | | | Exhibits Ret'd to Govt |

FILED by _____
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages