FILED by _____ D.C.

FEB 19 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE  No.  00-6003-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

MITCHELL STEIN
SS# 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
DOB: 01/16/1947

JUDGMENT & COMMITMENT UPON
REVOCATION OF PROBATION

THIS CAUSE came before the Court on the 15th day of February, 2002 for final hearing for the revocation of the defendant's Probation.

On the 14th day of April, 2000, this Court sentenced the defendant to a period of supervised probation imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Probation, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Probation heretofore imposed by the Court be and the same is hereby REVOKED.

ORDERED AND ADJUDGED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of 9 Months.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 19th day of February, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:     Lynn Rosenthal, AUSA
        Robert Berube, AFPD
        U.S. Probation Office
        U.S. Marshal   (3 certified)