UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6003-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MITCHELL STEIN,

        Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Mitchell Stein, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment and Commitment Upon Revocation of Probation entered in this action on the 19th day of February, 2002.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        Federal Public Defender

By: _____
        Robert N. Berube
        Assistant Federal Public Defender
        Florida Bar No. 304247
        One East Broward Boulevard, Suite 1100
        Fort Lauderdale, Florida 33301-1100
        Telephone: (954) 356-7436

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by U.S. mail this 21st day of February, 2002, upon Anne R. Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida 33132.

_____

KMW99.1