UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6003-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MITCHELL STEIN,

    Defendant.

_____/

NIGHT BOX
FILED

FEB 2 5 2002

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## DEFENDANT'S MOTION REQUESTING JUDICIAL RECOMMENDATION

The Defendant, Mitchell Stein, files this Motion Requesting Judicial Recommendation to a Bureau of Prison's facility, states;

The Defendant was sentenced to a period of nine months incarceration for violating the terms of Supervised Release on February 19, 2002.

As the Court is aware, the Defendant's wife, Mrs. Kathy Stein is afflicted with various medical illnesses. The Defendant is requesting a judicial recommendation to a Bureau of Prison's Facility in the Southern District of Florida so that Mrs. Stein will be capable of visiting him. The Defendant is aware that this is a non binding recommendation to the Bureau of Prisons.

Undersigned counsel called Assistant United States Attorney Lynn Rosenthal regarding this request, she was unavailable for comment.



WHEREFORE, the Defendant, Mitchell Stein, requests that his Motion Requesting Judicial Recommendation to the Bureau of Prisons be granted.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Robert N. Berube

Robert N. Berube
 Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 25th day of February, 2002, to Lynn Rosenthal, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

/s/ Robert N. Berube
Robert N. Berube