UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6003-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MITCHELL STEIN,

    Defendant.

_____/

FILED by _____ D.C.

FEB 26 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on the Defendant's Motion Requesting Judicial Recommendation (DE 44) and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Court hereby recommends that the Bureau of Prisons designate Mitchell Stein to a facility in the Southern District of Florida.

DONE AND ORDERED on this 26 day of February, 2002 at Fort Lauderdale, Florida.

                                              WILLIAM P. DIMITROULEAS
                                              UNITED STATES DISTRICT JUDGE

cc:    Robert N. Berube, AFPD
        Lynn Rosenthal, AUSA
        Bureau of Prisons via US Marshal

