1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,  )  CASE NO. 00-6003-CR-WPD
                           )      NIGHT BOX
           Plaintiff,      )       FILED
                           )
     -v-                   )     APR 1 1 2002
                           )
MITCHELL STEIN,            )     CLARENCE MADDOX
                           )  Fort CLERK USDC SDFL/Florida
           Defendant.      )  February 15, 2002
_____)  1:00 p.m.
```

TRANSCRIPT OF FINAL REVOCATION HEARING

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        LYNN ROSENTHAL, ESQ.
                         Assistant U.S. Attorney
                         500 E. Broward Boulevard
                         Suite 700
                         Fort Lauderdale, Florida 33394


For the Defendant        ROBERT BERUBE, ESQ.
                         Assistant Federal Public Defender
                         One East Broward Boulevard
                         Suite 1100
                         Fort Lauderdale, Florida  33301


Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657


THIS VOLUME:

Pages  1 - 49

# NOT

# SCANNED

PLEASE REFER TO COURT FILE