cc: Lynn Rosenthal, AUSA
    Robert Berube, AFPD
    U.S. Probation Office
    U.S. Marshal  (3 certified)

00-6003-CR-Dimitrouleas
Mitchell Stein



DEFENDANT DELIVERED ON 4-2-02
TO FEDERAL **CORRECTIONAL INSTITUTION** IN
MIAMI, FLORIDA **THE INSTITUTION** DESIGNATED
TO THE BUREAU **OF PRISONS WITH** A CERTIFIED
COPY OF **THE WITHIN JUDGMENT** AND COMMITMENT.

Ed Gonzalez, Warden
Tina Nolan, LIE



FILED by _____ D.C.
FEB 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6003-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

MITCHELL STEIN
SS# 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
DOB: 01/16/1947

JUDGMENT & COMMITMENT UPON
REVOCATION OF PROBATION

RECEIVED
INMATE SYSTEMS

MAR 13 REC'D

THIS CAUSE came before the Court on the 15th day of February, 2002 for final hearing for the revocation of the defendant's Probation.

On the 14th day of April, 2000, this Court sentenced the defendant to a period of supervised probation imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Probation, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Probation heretofore imposed by the Court be and the same is hereby REVOKED.

ORDERED AND ADJUDGED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of 9 Months.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 19th day of February, 2002.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk.
U. S. District Court
Southern District of Florida
By /s/ _____
Deputy Clerk
Date 2/19/02

WILLIAM P. DIMITROULEAS
United States District Judge